**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NATHAN KERSH,

        Plaintiff,

v.                                    Case No:   6:23-cv-565-RBD-LHP

CITY OF SANFORD and MATTHEW THORNTON,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINE FOR MEDIATION AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 32)
>
> **FILED:** August 1, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for the parties to conduct mediation is extended up to and including October 2, 2024, for the purpose of the parties participating in mediation before the Honorable Alan S. Apte on that date.  No other deadlines are extended

by this Order, and all other aspects of the Case Management and Scheduling Order remain in full force and effect.  *See* Doc. No. 24.

The Court notes that the parties' amended notice of mediation states that the October 2, 2024 mediation will be conducted via Zoom.  *See* Doc. No. 29.  The Court will accommodate counsel to conduct remote mediation provided that the mediator agrees.  But the parties are forewarned that if the remote mediation is unsuccessful, they will be required to mediate again in person.

**DONE** and **ORDERED** in Orlando, Florida on August 1, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties